UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANN MARIE GONZALEZ, | ) | Case No. 1:23 CV 664 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CPK ENTERTAINMENT, LLC, | ) | |
| ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), seeking to voluntarily dismiss this action with prejudice. (Doc. #6).

Plaintiff's Complaint is hereby dismissed with prejudice at the Plaintiff's request; each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: May 1, 2023